# United States Court of Appeals

## For the Eighth Circuit

_____

No. 22-1978

_____

AALFS Family Partnership; Rodawig Family Ltd Partnership; William Eric
Rodawig Trust; Jon Andrew Rodawig Trust; James Alex Rodawig Trust; William
E Rodawig Family Trust

*Plaintiffs - Appellees*

v.

GSL Holdings, SA de CV; CMT De la Laguna, SA de CV; Capacidade de Mexico,
SA de CV; Inmobiliaria y Bienes Raices de la Laguna, SA de CV; Ropa Siete
Leguas Jeans, SA de CV; Industrial Textil de Puebla, SA de CV; Tavemex, SA de
CV; Tavex Inmobiliaria, SA de CV; Tavex USA, Inc; Ropa Siete Leguas, Inc

*Defendants - Appellants*

_____

No. 22-2568

_____

AALFS Family Partnership; Rodawig Family Ltd Partnership; William Eric
Rodawig Trust; Jon Andrew Rodawig Trust; James Alex Rodawig Trust; William
E Rodawig Family Trust

*Plaintiffs - Appellees*

v.

GSL Holdings, SA de CV; CMT De la Laguna, SA de CV; Capacidade de Mexico,
SA de CV; Inmobiliaria y Bienes Raices de la Laguna, SA de CV; Ropa Siete
Leguas Jeans, SA de CV; Industrial Textil de Puebla, SA de CV; Tavemex, SA de
CV; Tavex Inmobiliaria, SA de CV; Tavex USA, Inc; Ropa Siete Leguas, Inc

*Defendants - Appellants*

_____

Before GRUENDER, STRAS, and KOBES, Circuit Judges.
_____

PER CURIAM.

GSL Holdings and several affiliated entities appeal the confirmation of an arbitration award against them, which included attorney fees and costs. Having carefully reviewed the record and the parties' arguments on appeal, we conclude there was no "evident partiality" by the arbitrator or "misconduct . . . in refusing to hear evidence pertinent and material to the controversy." 9 U.S.C. § 10(a)(2)–(3); *see Brown v. Brown-Thill*, 762 F.3d 814, 820 (8th Cir. 2014) (stating that a party seeking to vacate an arbitration award must show "objective facts inconsistent with impartiality" or a "depriv[ation] of a fair hearing" (citation omitted)). Nor did the district court[1] make a mistake in setting the attorney-fee award or concluding that GSL's affiliates were jointly liable for it. *See Gen. Mills Operations, LLC v. Five Star Custom Foods, Ltd.*, 703 F.3d 1104, 1112 (8th Cir. 2013) (reviewing legal issues related to the fee award de novo). We accordingly affirm the judgment of the district court. *See* 8th Cir. R. 47B.

_____

_____

[1]The Honorable C.J. Williams, United States District Judge for the Northern District of Iowa.

-2-